UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.

<u>Yolanda Davenport</u>

Criminal No. 12-cr-153-01-JL

O R D E R

    The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted; The unexplained need for more time to negotiate a disposition of the case in insufficient.  This last continuance is granted to enable the referenced transfer.  Final Pretrial is rescheduled to May 23, 2013 at 11:00 AM; Trial is continued to the two-week period beginning June 4, 2013, 9:30 AM. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference.  Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: March 13, 2013

cc:  Bjorn Lange, Esq.
     Alfred Rubega, Esq.
     U.S. Marshal
     U.S. Probation